# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2013

146577 & (59)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

VINCENT EDWARD HUDSON,
Defendant-Appellant.

SC: 146577
COA: 303437
Oakland CC: 2010-234459-FH

_____/

By order of May 28, 2013, the prosecuting attorney was directed to answer the application for leave to appeal the November 29, 2012 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2013



Clerk

p0911